**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                          PLAINTIFF

v.                                        NO.  4:16CR00139

KONGKEOMANY PHIMMACHACK,
MICHELLE ISOM, and
CATHERINE DILLON                                                                                    DEFENDANTS

## ORDER OF RECUSAL

The above styled case was randomly assigned to the docket of United States District Judge J. Leon Holmes on June 8, 2016.  Judge Holmes is recusing due to his relationship with the family of defendant Kongkeomany Phimmachack.  The Court directs the Clerk to assign this action to another judge.

Dated this 20th day of June, 2016.

                                        AT THE DIRECTION OF THE COURT
                                        JAMES W. McCORMACK, CLERK

                                        BY: /s/ Cory Wilkins
                                            Courtroom Deputy to
                                            U.S. District Judge J. Leon Holmes