UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                              NO. 4:16-CR-139-1-DPM

KONGKEOMANY PHIMMACHACK                                          DEFENDANT

## ORDER

Following the presentation of evidence at a detention hearing on June 23, 2016, Defendant Kongkeomany Phimmachack was released from custody and placed on pretrial conditions, including inpatient drug treatment followed by a chemical-free living program.

The Order Setting Conditions of Release (Docket entry #34) is hereby amended to include the condition that, after his completion of inpatient drug treatment, Mr. Phimmachack must participate in a chemical-free living program until resolution of his case. All other conditions remain in full force and effect.

IT IS SO ORDERED this 6th day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE